■ In the Matter of Robert Tonry, Petitioner, v William Bratton et al., Respondents. [23 NYS3d 890]—Determination of respondent Police Commissioner of the City of New York, dated September 18, 2013, which dismissed petitioner from his position as a police officer, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Paul Wooten, J.], entered July 11, 2014), dismissed, without costs.

The determination is supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). Such evidence demonstrated that petitioner engaged in numerous acts of misconduct, and there exists no basis to disturb the credibility determinations of the Deputy Commissioner of Trials (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443 [1987]).

Under the circumstances presented, the penalty of termination does not shock our sense of fairness (*see Matter of Kelly v Safir*, 96 NY2d 32, 38 [2001]). Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.